# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CV 7810

Date Filed: 9/4/2007

Plaintiff:
**Joan Child Dangerfield,**

vs.

Defendant:
**Anthony ("Babe") Bevacqua, et. al.,**
and
**Rodney Dangerfield, Inc.**
**Nominal Defendant**
**State of New York, County of Albany)ss.:**

Received by Court Support Inc. to be served on **Rodney Dangerfield Inc.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **6th day of September, 2007** at **2:20 pm**, I:

Served the within named **CORPORATION** by delivering two true copies of the **Summons in a Civil Action, Complaint, ECF Guidelines for United State District Court, USDC Southern District of New York ECF Proceedures, 3rd Amended ECF Instructions, pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Carol Vogt as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4', Weight: 130, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 6th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC
PATRICIA A. BURKE
Notary Public, State of New York
No. 01BU...72
Qualified in Albany County
Commission Expires Feb 28, 2010

J.R. O'Rourke
Process Server

**Court Support Inc.**
**181 Hillside Avenue**
**Williston Park, NY  11596**
**(516) 742-7455**

Our Job Serial Number: 2007003444
Ref: 3764

State of New York - Department of State
Receipt for Service

Receipt #: 200709060256
Date of Service: 09/06/2007
Service Company: 31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Cash #: 200709060301
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: RODNEY DANGERFIELD INC.

Plaintiff/Petitioner:
    DANGERFIELD, JOAN CHILD

Service of Process Address:
RODNEY DANGERFIELD
115 W. 86TH ST.
NEW YORK, NY 10024

Secretary of State
By  CAROL VOGT