UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOAN CHILD DANGERFIELD,
                Plaintiff

                                                                           Case No. 07 CV 7810

                -v-

ANTHONY ("BABE") BEVACQUA, RODNEY DANGERFIELD,
INC.
                Defendants,
                and
RODNEY DANGERFIELD, INC., as Nominal Defendant.
-----------------------------------------------------------------------X
STATE OF NEW YORK       )
                                   ) ss:
COUNTY OF NASSAU       )

### AFFIDAVIT OF SERVICE

**Andre R. Ramsamugh, being duly sworn deposes and says:**

1. I am not a party to this action, I am over 18 years of age and I reside in Williston Park, NY.

2. That I received **Summons in a Civil Action, Complaint, U.S. D.C. ECF Guidelines, U.S.D.C. Southern District of New York ECF Procedures and 3rd Amended ECF Instructions** to be served upon **Anthony ("Babe") Bevacqua c/o Rodney Dangerfield, Inc.** located at 1118 First Avenue, New York, New York 10021.

3. That on **September 6th, 2007 at 10:05 AM** I personally served Anthony ("Babe") Bevacqua by delivering and leaving a true copy of the **Summons in a Civil Action, Complaint, U.S. D.C. ECF Guidelines, U.S.D.C. Southern District of New York ECF Procedures and 3rd Amended ECF Instructions** to James Dulworth, Day Manager, who accepted on behalf of Anthony ("Babe") Bevacqua at the within named address.

4. Said documents were conformed with index number and date of filing endorsed thereon.

5. Deponent further deposited on September 6th, 2007 a true and correct copy of the within named documents, enclosed in a separate, sealed, properly addressed, fully postpaid, First Class Mail wrapper in an official depository under the exclusive care and custody of the U.S.P.S. within the State of New York addressed to Anthony ("Babe") Bevacqua's last known address set forth herein as follows: **Anthony ("Babe") Bevacqua c/o Rodney Dangerfield, Inc. 1118 First Avenue, New York, New York 10021**. Envelope bore the legend "Personal and Confidential" and did not indicate on the outside of thereof, by return address or otherwise, that the communication was from an attorney or concerned legal action against the defendant.

**Description of James Dulworth:** Approx. Age: 55, Sex: M, Race/Skin Color: White, Approx. Height: 5'7", Approx. Weight: 220, Hair: Black, Glasses: N

Sworn to before me this
7th day of September, 2007

_____
Notary Public

TINA A. McCARTHY
Notary Public, State of New York
No. 01MC6115836
Qualified in Bronx County
Commission Expires 09/13/2008

_____
Andre R. Ramsamugh