UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOAN CHILD DANGERFIELD,
                Plaintiff

                Case No.07 CV 7810

           -v-

ANTHONY ("BABE") BEVACQUA, RODNEY DANGERFIELD, INC.
                Defendants,
                and
RODNEY DANGERFIELD, INC., as Nominal Defendant.
------------------------------  ------------------------------------------------X
STATE OF NEW YORK          )
                               ) ss:
COUNTY OF NASSAU           )

## AFFIDAVIT OF SERVICE

**Andre R. Ramsamugh, being duly sworn deposes and says:**

1. I am not a party to this action, I am over 18 years of age and I reside in Williston Park, NY.

2. That I received **Summons in a Civil Action, Complaint, U.S. D.C. ECF Guidelines, U.S.D.C. Southern District of New York ECF Procedures and 3rd Amended ECF Instructions** to be served upon **Rodney Dangerfield, Inc., as Nominal Defendant**, located at 1118 First Avenue, New York, New York 10021.

3. That on **September 6th, 2007 at 10:05 AM** I personally served Rodney Dangerfield, Inc., by delivering and leaving a true copy of the **Summons in a Civil Action, Complaint, U.S. D.C. ECF Guidelines, U.S.D.C. Southern District of New York ECF Procedures and 3rd Amended ECF Instructions** to James Dulworth, Day Manager, who stated he was authorized to accept on behalf of the Rodney Dangerfield, Inc.

4. Said documents were conformed with index number and date of filing endorsed thereon.

**Description of James Dulworth:** Approx. Age: 55, Sex: M, Race/Skin Color: White, Approx. Height: 5'7", Approx. Weight: 220, Hair: Black, Glasses: N

Sworn to before me this
7th day of September, 2007

_____
Notary Public

TINA A. McCARTHY
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

_____
Andre R. Ramsamugh