```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOAN CHILD DANGERFIELD,

                    Plaintiff,              O R D E R

        - against -                          07 Civ. 7810 (NRB)

ANTHONY BEVACQUA and
RODNEY DANGERFIELD, INC.,

                    Defendants.
------------------------------------x
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** this case was referred to me as related to 06 Civ. 6415 and was accepted by me as such, and

    **WHEREAS** as part of the settlement of 06 Civ. 6415 the parties agreed pursuant to 28 U.S.C. § 636(c) that Magistrate Judge Andrew J. Peck should try any dispute which arose out of the settlement agreement, and

    **WHEREAS** the complaint in 07 Civ. 7810 arises out of the settlement agreement, and

    **WHEREAS** all parties agree that pursuant to their stipulation this case should be assigned and tried by Magistrate Judge Peck, it is hereby

**ORDERED** that the Clerk of the Court should transfer this case to the docket of Magistrate Judge Peck and remove it from the docket of the undersigned.

**SO ORDERED.**

Dated:   New York, New York
         September 17, 2007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Mara B. Levin, Esq.
David Feuerstein, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Magistrate Judge Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

John Becker, Esq.
Schiff Hardin LLP
623 Fifth Avenue
New York, NY 10022