UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JOAN CHILD DANGERFIELD individually and :
derivatively on behalf of Rodney Dangerfield, Inc.,
: 07 Civ. 7810 (AJP)

       Plaintiff,

: ORDER SCHEDULING
-against- : STATUS CONFERENCE

:

ANTHONY BEVACQUA & RODNEY DANGERFIELD,
INC.,                                          :

       Defendants.                 :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

       IT IS HEREBY ORDERED that a conference is scheduled for October 3, 2007 at 10:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

       Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

       SO ORDERED.

Dated:     New York, New York
            September 21, 2007

                                      Andrew J. Peck
                                      United States Magistrate Judge

Copies **by fax & ECF** to:    David Feuerstein, Esq.
                                 Mara Beth Levin, Esq.
                                 John E. Becker, Esq.

C:\ORD\Order Scheduling Status Conference