John E. Becker (JB 1093)
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
(212) 753-0823 Telephone
(212) 753-5044 Facsimile

Jonathan Friedland (JF 3828)
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500 Telephone
(312) 258-5600 Facsimile

*Attorneys for Defendants*
*Anthony Bevacqua and Rodney Dangerfield, Inc.*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                    :
JOAN CHILD DANGERFIELD                              :
                                                    :
                              Plaintiff,            :        07 Civ. 7810 (NRB/AJP)
             -against-                              :
                                                    :        **RULE 7.1 STATEMENT**
ANTHONY BEVACQUA and                                :
RODNEY DANGERFIELD, INC.,                           :
                                                    :
                              Defendant.            :
----------------------------------------------------------------x


        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Rodney Dangerfield, Inc. certifies that there are no parent corporations and/or publicly held

companies that own 10% or more of its stock.


Date:   September 26, 2007                     _____
                                                John E. Becker (JB 1093)


NY\ 50211632.1