```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOAN CHILD DANGERFIELD individually and :
derivatively on behalf of Rodney Dangerfield, Inc.,
                                                     :    07 Civ. 7810 (AJP)
                Plaintiff,
                                                     :    RULE 16 INITIAL PRETRIAL
                -against-                        CONFERENCE ORDER
                                                     :
ANTHONY BEVACQUA & RODNEY
DANGERFIELD, INC.,                    :

                Defendants.          :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on October 3, 2007 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

        1.     All fact and expert discovery must be completed by December 10, 2007. Expert reports must be served by November 9, 2007 plaintiff, November 30, 2007 defendants.

        2.     A status conference will be held before the undersigned on November 15, 2007 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

2

3. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED: New York, New York
October 3, 2007

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   David Feuerstein, Esq.
Mara Beth Levin, Esq.
John E. Becker, Esq.

C:\ORD\16RULES