*To Clerk Docket + file Order No. signatory 8636(a)(consly separately ___ by Judge Buchwald.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

Joan Dangerfield

                                    Plaintiff(s),

                    - against -

Anthony Bevacqua
and
Rodney Dangerfield, Inc.    Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - x

**U.S. DISTRICT COURT FILED OCT 05 2007 S.D. OF N.Y.**

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 7810 ( NRB ) (AJP)

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Attorney(s) for Plaintiff(s) Herrick Feinstein
Address 2 Park Ave NY NY 10016
Telephone (212) 592-1400

Schiff Hardin LLP

Attorney(s) for Defendant(s)
Address 900 Third Avenue
Telephone NY, NY 10022
212-745-0823

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone   - Anthony Bevacqua
            - Rodney Dangerfield, Inc.

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____
                                            U.S.D.J.

Magistrate Judge Peck was assigned this case on _____.

_____
For:  Clerk U.S.D.C. S.D.N.Y.

*Returned to chambers for scanning on 10/9/07*
*Scanned by chambers on*