UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOAN CHILD DANGERFIELD individually and
derivatively on behalf of Rodney Dangerfield,
Inc.,

           Plaintiff,

-against-

ANTHONY BEVACQUA & RODNEY
DANGERFIELD, INC.,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/07

07 Civ. 7810 (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated (or to discuss a "global" settlement). Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:    New York, New York
              November 26, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    David Feuerstein, Esq.
                                  John E. Becker, Esq.

C:\ORD\Dismiss.AJP



New York
Newark
Princeton

RECEIVED
NOV 26 2007
CHAMBERS OF
ANDREW J. PECK

DAVID FEUERSTEIN
Direct Tel:  212.592.5927
Direct Fax:  212.545.3477
Email: dfeuerstein@herrick.com

November 26, 2

**VIA FACSIMILE**

Magistrate Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, New York 10007-1312

Re:  Dangerfield v. Anthony ("Babe") Bevacqua and Rodney Dangerfield, Inc.

Dear Judge Peck:     07 Cv 7810 (AJP)

    This firm represents plaintiff, Joan Dangerfield in the above-captioned action. Along with defendants' counsel, Schiff Hardin LLP, we write the Court to advise Your Honor that the parties have resolved the single monetary issue that remained in dispute at the conclusion of the November 15, 2007 hearing before Your Honor, and that the parties have thus tentatively agreed to a settlement. Once the agreement is memorialized and executed by the parties -- which we anticipate will be done promptly -- we will submit to the Court a stipulation of discontinuance terminating the action.

    At the same time, the parties would like to keep open the possibility that Your Honor may agree to mediate the parties' efforts to reach a more global resolution of their differences. Towards this end, we respectfully request permission to delay filing the stipulation of discontinuance in this matter until December 21, 2007. The parties' intent in this regard is to allow the Court to retain jurisdiction long enough to enable the parties to determine whether there is a sufficient likelihood of reaching a global resolution to warrant a mediation at this time. If so, the parties will respectfully submit a request that Your Honor consider mediating such efforts. In the meantime, the parties will forward to Your Honor courtesy copies of the settlement agreement and the stipulation of discontinuance in this action as soon as they are fully executed. Alternatively, the parties would of course comply with any directive from the Court concerning how to proceed in this regard.

Respectfully submitted,

David Feuerstein

DF/fc

cc:  John Becker, Esq.

Herrick, Feinstein LLP
A New York limited
liability partnership
including New York
professional corporations

HF 3877824 v.1  #12118/0001 11/26/2007 03:11 PM
2 Park Avenue, New York, NY 10016 • Tel 212.592.1400 • Fax 212.592.1500 • www.herrick.com

** TOTAL PAGE.02 **